# United States Court of Appeals for the Fifth Circuit

---

No. 23-10213

---

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

David Jimenez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-278-1

---

Before Richman, *Chief Judge*, and Oldham and Ramirez, *Circuit Judges*.

Per Curiam:[*]

David Jimenez pleaded guilty to being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1). He now challenges—for the first time on appeal—that: (1) § 922(g)(1) violates the Second Amendment, in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1, 17 (2022), and

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10213

(2) § 922(g)(1) is unconstitutional because it exceeds Congress's authority under the Commerce Clause. We review both arguments for plain error.

Both arguments are foreclosed by our precedent. *See United States v. Jones*, 88 F.4th 571, 573–74 (5th Cir. 2023) (per curiam) (rejecting *Bruen* challenge to § 922(g)(1) on plain error); *id.* at 573 (rejecting Commerce Clause challenge to § 922(g)(1) on plain error).

AFFIRMED.